MICHAEL J. HEFFERNAN, Plaintiff, v. JOHN GERSTENLAUER, Defendant; EDGEWATER SAVINGS AND LOAN ASSOCIATION, Appellant; ELIZABETH HEFFERNAN, as Administratrix of the Estate of MICHAEL J. HEFFERNAN, Deceased, Respondent, and ROSE SPAGNUOLO, Respondent-Appellant.— Order granting leave to issue execution on money judgment against certain real property and order discharging and canceling said judgment as of record, insofar as appealed from, affirmed, with $10 costs and disbursements. (*Matter of Wickwire Spencer Steel Co.* v. *Kemkit Scientific Corp.,* 292 N. Y. 139; *Arnold* v. *Treviranus,* 78 App. Div. 589; 7 Remington on Bankruptcy [5th ed.], § 3449.)   Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.   [See *post,* p. 972.]

■

GENEVIEVE R. HIGGINS, Respondent, v. EUGENE P. HIGGINS, Appellant.— Appeal by defendant from an order modifying a final decree of divorce by increasing the alimony payable to plaintiff from $25 to $50 a week, and awarding a counsel fee of $250 for services rendered in connection with the application.   Order affirmed, with $10 costs and disbursements.   No opinion.   Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

In the Matter of the General Assignment for the Benefit of Creditors of ALFRED FRANK, INC., Assignor, Appellant, to JACOB J. MELNIKER, Assignee, Respondent.— An involuntary petition in bankruptcy was filed against the assignor.   The petition was dismissed, and the assignor commenced an action for malicious prosecution and libel against the petitioning creditors.   Thereafter, the assignor made a general assignment for the benefit of creditors, and the assignee applied for an order directing the assignor to transfer its rights in the pending action for malicious prosecution and libel to him.   The application was granted, and the assignor appeals.   Order affirmed, with $10 costs and disbursements.   The corporate assignor's cause of action was not one for personal injury but for injury to its property and credit.   Therefore, such cause of action was assignable.   Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.